## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.:  _____

Joanna Skirrow,

      Plaintiff/Movant,

BC Services,

      Defendant.

## COMPLAINT

For this Complaint, Plaintiff, Joanna Skirrow, by undersigned counsel, states as follows:

### JURISDICTION

1.      This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

2.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendant transacts business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

### PARTIES

3.      Plaintiff, Joanna Skirrow ("Plaintiff"), is an adult individual residing in Firestone, Colorado, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4.      Defendant, BC Services ("BC"), is a Colorado business entity with an address of 451 21st Avenue, Longmont, Colorado 80501, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A.  The Debt

5.      Plaintiff allegedly incurred a financial obligation (the "Debt") to an original

creditor (the "Creditor").

6.      The Debt arose from services provided by the Creditor which were primarily for

family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. §

1692a(5).

7.      The Debt was purchased, assigned or transferred to BC for collection, or BC was

employed by the Creditor to collect the Debt.

8.      Defendant attempted to collect the Debt and, as such, engaged in

"communications" as defined in 15 U.S.C. § 1692a(2).

### B.  BC Engages in Harassment and Abusive Tactics

9.      On or about September 18, 2015, Plaintiff spoke with BC regarding the Debt.

This was Plaintiff's first communication with BC regarding the Debt.

10.     BC failed to send Plaintiff a letter regarding the Debt within five (5) days of this

communication.

11.     On or about October 26, 2015, Plaintiff sent a letter to BC in which she disputed

the Debt.  BC received this letter on October 28, 2015.

12.     Thereafter, BC did not validate the Debt as requested.  Instead, BC sent Plaintiff

the initial collection letter that should have been sent within five (5) days of the initial

communication.

13.     In addition, BC continued to attempt to collect the Debt despite never responding

to Plaintiff's dispute letter.

## COUNT I
## VIOLATIONS OF THE FAIR DEBTCOLLECTION PRACTICES ACT –
## 15 U.S.C. § 1692, *et seq.*

14.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

15.     Defendant's conduct violated 15 U.S.C. § 1692d in that Defendant engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with collection of the Debt.

16.     Defendant's conduct violated 15 U.S.C. § 1692f in that Defendant used unfair means to collect a debt.

17.     Defendant's conduct violated 15 U.S.C. § 1692g(a) in that Defendant failed to send Plaintiff a letter within five (5) days of the initial communication with Plaintiff.

18.     Defendant's conduct violated 15 U.S.C. § 1692g(b) in that Defendant continued collection efforts despite its failure to respond to Plaintiff's dispute letter.

19.     The foregoing acts and omissions of Defendant constitute numerous and multiple violations of the FDCPA.

20.     Plaintiff is entitled to damages as a result of Defendant's violations.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in his favor and against Defendant as follows:

1.   Actual damages pursuant to 15 U.S.C. § 1692k(a)(1);

2.  Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3.  The costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and

4.  Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: September 8, 2016

Respectfully submitted,

By  */s/ Jenny DeFrancisco*

Jenny DeFrancisco, Esq.
CT Bar No.: 432383
LEMBERG LAW LLC
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jdefrancisco@lemberglaw.co
*Attorneys for Plaintiff*

Plaintiff:
Joanna Skirrow
PO Box 677
Firestone, Colorado 80520